# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    PLAINTIFF

                              Case No. 3:13-CR-72(2)

TOBE MCLARTY,                    District Judge Thomas M. Rose

    Defendant

_____

**ENTRY AND ORDER DENYING DEFENDANT'S SECOND MOTION
FOR REDUCTION OF SENTENCE (DOC. 73)**

_____

    This matter comes before the Court on Defendant's Second Motion for Reduction of Sentence (Doc. 73).

    For the reasons previously stated in this Court's Entry and Order (Doc. 72) Defendant's Second Motion for Reduction of Sentence (Doc. 73) is DENIED.

    IT IS SO ORDERED.

July 29, 2016                                      *s/THOMAS M. ROSE*

                                                         _____
                                                         THOMAS M. ROSE, JUDGE
                                                         UNITED STATES DISTRICT COURT